# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE: :
:
:
TRISTAN W. GILLESPIE : MISC. CASE NO. 21-mc-14
: (DISCIPLINARY)
:
Respondent. :
**********************************************************************

## ORDER

On January 7, 2021, this Court appointed an attorney-investigator under Local Rule 705.1.a to conduct an investigation of Respondent's conduct as a member of the Bar of this Court. The Attorney-Investigator filed his report and recommendation on February 2, 2022. *See* Local Rule 705.1.b. Upon review of the Attorney-Investigator's report and recommendation, the Disciplinary and Admissions Committee recommended that the Court initiate formal proceedings against Respondent. On March 10, 2022, this Court issued Respondent an order to show cause why Respondent should not be disciplined as provided in Local Rule 705.1.h for the reasons stated in the Attorney-Investigator's report and recommendation. On June 1, 2022, this Court appointed a three-judge disciplinary panel pursuant to Local Rule 705.1.d to consider Respondent's response to the show cause order. The panel held a hearing on September 23, 2022, and Respondent was present and proceeding without counsel after having been advised of his right to retain an attorney. Having considered the disciplinary panel's report and recommendation, it is hereby

ORDERED by the United States District Court for the District of Maryland that the disciplinary panel's report and recommendation (ECF No. 13) is adopted and incorporated as the Memorandum Opinion in support of this Order; and it is further

ORDERED that Tristian W. Gillespie, Esquire, be and hereby is SUSPENDED from the practice of law before this Court for a period of six (6) months. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4; and it is further

ORDERED that the Clerk shall enter this Order and the Memorandum Opinion on the public docket and administratively close the case.

The Clerk is directed to send a certified copy of this Order and the Memorandum Opinion by regular mail to Respondent. Within fourteen (14) days of this Order, the Clerk shall give notice of this Order to the bar authorities and jurisdictions where Respondent is admitted to practice, as provided for in Local Rule 705.5(a). The Clerk shall also notify the National Discipline Data Bank of this Order as required by Local Rule 705.5(b).

Date: July 5, 2023

James K. Bredar, Chief Judge
United States District Court