# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| | * | |
| TRISTAN W. GILLESPIE | * | MISC. CASE NO. 21-mc-014 |
| | * | (DISCIPLINARY) |
| | * | |
| Respondent. | * | |

*******************************************************************

## ORDER

On September 23, 2022, pursuant to Local Rule 705.1.d, a three-judge Panel of this Court held a disciplinary hearing regarding potential violations of professional conduct of Tristan W. Gillespie, Respondent, as a member of the Bar of this Court. ECF No. 12. On June 30, 2023, the Panel issued its Report and Recommendation, ECF No. 13, recommending that Respondent be suspended from the practice of law before this Court. *Id.* On July 5, 2023, the Court adopted the Panel's Report and Recommendation as its Memorandum Opinion and suspended Respondent from the practice of law in this Court for a period of six (6) months with the opportunity to petition for reinstatement thereafter. ECF No. 14.

On July 26, 2023, Respondent noted an appeal of this Court's final order of discipline to the Court of Appeals for the Fourth Circuit. ECF No. 16. On August 21, 2023, Respondent filed a motion to unseal the transcript of the September 23, 2022, disciplinary hearing for purposes of preparing his brief for appeal. ECF No. 24. The Court will construe Respondent's motion as a request to unseal the transcript solely as to Respondent for this purpose. Accordingly, for good cause shown, it is hereby

ORDERED by the United States District Court for the District of Maryland that Respondent's motion to unseal, ECF No. 24, is GRANTED for the limited purpose of providing the hearing transcript to Respondent for appeal; and it is further

ORDERED that the Clerk shall mail a copy of this Order to Respondent.

Date: Sept 6, 2023

James K. Bredar
Chief Judge