IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

Tristan W. Gillespie

Respondent.

\*
\*
\*
\*

CASE NO. 21-mc-014
(DISCIPLINARY)

## ORDER

After extensive investigation and an evidentiary hearing, Respondent Tristan W. Gillespie was suspended from the practice of law before this Court for a period of six (6) months, effective July 5, 2023. ECF No. 14. On July 26, 2023, Respondent appealed this Court's order of discipline to the United States Court of Appeals for the Fourth Circuit. ECF No. 16. On November 14, 2023, the Fourth Circuit vacated this Court's July 5, 2023, order of discipline and remanded the case for further proceedings consistent with its decision. ECF Nos. 29 & 29-1. On March 19, 2024, the Panel held an evidentiary hearing. ECF No. 41. Following the hearing, on August 7, 2024, the Panel issued a supplemental report and recommendation. ECF No. 42. Having considered the Panel's supplemental report and recommendation, and for the reasons stated therein, it is hereby

ORDERED by the United States District Court for the District of Maryland that the Panel's supplemental report and recommendation (ECF No. 42) is adopted and incorporated as the Memorandum Opinion in support of this Order; and it is further

ORDERED that this Court's July 5, 2023, Order of suspension be reinstated as modified by the Memorandum Opinion; and it is further

ORDERED that Tristan W. Gillespie, Esquire, be and hereby is SUSPENDED from the practice of law before this Court for a period of four (4) months, *nunc pro tunc*, from July 5, 2023, which is deemed as served; and it is further

ORDERED that reinstatement is not automatic; Respondent must comply with Local Rule 705.4; and it is further

ORDERED that the Clerk shall enter this Order and the Memorandum Opinion on the public docket, send a certified copy of this Order to Respondent by regular mail, and CLOSE this case. Within fourteen (14) days of this Order, the Clerk shall also give notice of this Order to the bar authorities and jurisdictions where Respondent is admitted to practice, pursuant to Local Rule 705.5(a). The Clerk shall also notify the National Discipline Data Bank of this Order pursuant to

Local Rule 705.5(b).

Date: 8/7/2024

George L. Russell III, Chief Judge
District Court of Maryland