## THE GILLESPIE LAW FIRM, LLC

TRISTAN W. GILLESPIE, 600 Blakenham Court, Johns Creek, GA 30022
(404) 276-7277 · gillespie.tristan@gmail.com

August 28, 2024

Paula Xinis, District Judge
6500 Cherrywood Lane
Suite 255
Greenbelt, MD 20770

In Re: Tristan W. Gillespie
Misc. Case No. 21-MC14
(Disciplinary)

Dear Judge Xinis,

With regard to the above-referenced matter, please accept this letter in lieu of a more formal motion. Might you be willing to provide me with a sealed transcript of the evidentiary hearing that was conducted on 3/19/24?

Very Respectfully,

[signature]