IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * |
| TRISTAN W. GILLESPIE | *   MISC. CASE NO. 21-mc-014 |
| | *   (DISCIPLINARY) |
| Respondent. | * |

*********************************************************************

### ORDER

On September 23, 2022, pursuant to Local Rule 705.1.d, a three-judge Panel ("Panel") of this Court held a disciplinary hearing regarding potential violations of professional conduct of Tristan W. Gillespie, Respondent, as a member of the Bar of this Court. ECF No. 12. On June 30, 2023, the Panel issued its Report and Recommendation, ECF No. 13, recommending that Respondent be suspended from the practice of law before this Court. *Id.* On July 5, 2023, the Court adopted the Panel's Report and Recommendation as its Memorandum Opinion and suspended Respondent from the practice of law in this Court for a period of six (6) months with the opportunity to petition for reinstatement thereafter. ECF No. 14. On July 26, 2023, Respondent noted an appeal of this Court's final order of discipline to the Court of Appeals for the Fourth Circuit. ECF No. 16. On November 14, 2023, the Fourth Circuit vacated this Court's July 5, 2023, Order and remanded for further proceedings. ECF 29.

On March 19, 2024, the Panel held a hearing on remand. ECF 41. On August 7, 2024, the Panel issued its Supplemental Report and Recommendation recommending that Respondent be suspended for four (4) months, *nunc pro tunc*, from July 5, 2023, and that the suspension be deemed as served. ECF 42. On August 7, 2024, the Court adopted and incorporated the Panel's Supplemental Report and Recommendation as its Memorandum Opinion in support of its Order for suspension. ECF 43. On August 16, 2024, Respondent noted an appeal of this Court's August 7, 2024, Order to the Fourth Circuit. ECF No. 44. On September 3, 2024, Respondent filed a letter in lieu of formal motion for a copy of the sealed transcript of the March 19, 2024, disciplinary hearing for purposes of preparing his brief for appeal. ECF No. 47. The Court will construe Respondent's letter as a motion to unseal the transcript solely as to Respondent for this purpose. Accordingly, for good cause shown, it is hereby

ORDERED by the United States District Court for the District of Maryland that Respondent's motion to unseal, ECF No. 47, is GRANTED for the limited purpose of providing the hearing transcript to Respondent for appeal; and it is further

ORDERED that the Clerk shall mail a copy of this Order to Respondent.

Date: 10/3/2024

George L. Russell III
Chief Judge