IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

Tristan W. Gillespie

Respondent.

\*
\*
\*
\*
\*

CASE NO. 21-mc-14
(DISCIPLINARY)

### ORDER

Tristan W. Gillespie, Esquire, was admitted to practice before the bar of this Court on May 1, 2020. On July 5, 2023, Respondent was suspended from the practice of law before this Court for a period of six (6) months, effective July 5, 2023. ECF No. 14. On July 26, 2023, Respondent appealed this Court's order of discipline to the United States Court of Appeals for the Fourth Circuit. ECF No. 16. On November 14, 2023, the Fourth Circuit vacated this Court's July 5, 2023, order of discipline and remanded the case for further proceedings consistent with its decision. ECF Nos. 29 & 29-1. Following further evidentiary proceedings on remand, on August 7, 2024, Respondent was suspended from the practice of law in this Court for a period of four (4) months, *nunc pro tunc*, from July 5, 2023, which suspension was deemed as served. ECF No. 43. On August 16, 2024, Respondent noted an appeal of the August 7, 2024, order to the Fourth Circuit. ECF No. 44. The appeal is still pending. On February 13, 2025, Respondent filed a Petition for Reinstatement to the Bar of this Court under Local Rule 705.4. The matter having been considered by the Court; it is therefore

ORDERED by the United States District Court for the District of Maryland, that Respondent's Petition for Reinstatement is dismissed without prejudice to refile the petition in the event the Fourth Circuit affirms this Court's August 7, 2024, order.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail.

Date: 3/26/2025

George L. Russell III, Chief Judge
United States District Court

Dismissal of Petition for Reinstatement (3/10/25)